UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| GEORGE WALKER, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 2:13-cv-0018-JMS-MJD |
| | ) | |
| SUPERINTENDENT, | ) | CA #13-2584 |
| | ) | |
| Respondent. | ) | |

**Entry Discussing Selected Matters**

**I.**

The petitioner seeks leave to proceed on appeal without prepayment of the appellate fees of $455.00. An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *See id*. There is no objectively reasonable argument the petitioner could present to argue that the disposition of this action was erroneous. In pursuing an appeal, therefore, the petitioner "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000). Accordingly, his appeal is not taken in good faith, and for this reason his request for leave to proceed on appeal *in forma pauperis* [dkt. 28] is **denied.**

**II.**

The petitioner's renewed request for the issuance of a certificate of appealability [dkt. 29] is **denied** for the same reasons as explained in the last paragraph of the Entry issued on June 26, 2013.

IT IS SO ORDERED.

Date: 07/23/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

George Walker, #157599, Wabash Valley Correctional Facility, 6908 S. Old U.S.
    Highway 41, Carlisle, IN 47838-1111

Henry.Flores@atg.in.gov